IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHEATHAM COUNTY BOARD OF )<br>EDUCATION, et al. )<br>)<br>Defendants. ) | Case No. 3:09-cv-1099<br>Judge Echols<br>Magistrate Judge Griffin |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Comes now the undersigned counsel and moves to continue the initial case management conference to January 14, 2010 at 10:00 a.m.

In support of this motion the undersigned counsel would state that he begins a trial on December 28, 2009 in the matter of *Wheat v. Benton County, Tennessee*, No. 1:08-cv-1171-JDB pending in the Western District of Tennessee. The trial in that matter is expected to last three days.

The undersigned counsel has consulted with Plaintiffs' counsel and they are available on January 14, 2010 at 10:00 a.m. a date and time available on the Court's calendar. Wherefore, the undersigned counsel moves to continue the initial case management conference.

Respectfully submitted,

   /s/ John D. Schwalb
**JOHN D. SCHWALB, BPR No. 011671**
john_schwalb@msn.com
**WILLIAMS & SCHWALB, PLLC**
Suite 207
108 Fourth Avenue South
(615) 794-7100
(615) 794-6333 Facsimile

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure and/or the ECF Guidelines for the Middle District of Tennessee upon:

George Barrett, Esq.
gbarrett@barrettjohnston.com
Douglas S. Johnston, Esq.
djohnston@barrettjohnston.com
**BARRETT, JOHNSTON & PARSLEY**
217 Second Avenue, North
Nashville, Tennessee 37201

Tricia Herzfeld
tricia@aclu-tn.org
ACLU Foundation of Tennessee
P. O. Box 120160
Nashville, Tennessee 37212

*Attorneys for Plaintiffs*

on this 21st day of December 2009.

   **/s/ John D. Schwalb**