# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:09-cv-01099 |
| | ) | |
| vs. | ) | Hon. Robert L. Echols |
| | ) | U.S. District Court Judge |
| THE CHEATHAM COUNTY | ) | |
| BOARD OF EDUCATION, et al. | ) | Hon. Juliet Griffin |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |
| | ) | |

## NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO JUNE GRIFFIN'S MOTION TO INTERVENE

Please take notice that the Plaintiffs and Petitioner have agreed, subject to Court approval, to extend the deadline for Plaintiffs to respond to Petitioner's Motion to Intervene until January 19, 2010.

Respectfully submitted,

s/ Tricia R. Herzfeld
Tricia Herzfeld
Staff Attorney
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
Phone: (615) 320-7142
tricia@aclu-tn.org

George Barrett
Douglas S. Johnston
*ACLU-TN Cooperating Attorneys*
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com

**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Agreed Extension of Time to Respond to June Griffin's Motion to Intervene was filed electronically this 23rd day of December, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

John D. Schwalb No. 011671
john_schwalb@msn.com
Williams & Schwalb, PLLC
Suite 207
108 Fourth Avenue South
Franklin, TN 37064
(615) 794-7100
(615) 794-6333 Facsimile

Notice of this filing will be sent by U.S. Mail to:

June Griffin
522 Crestview
Dayton, TN 37321

　/s/ Tricia R. Herzfeld
Tricia Herzfeld