IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN DOE and JANE DOE, as the natural parents and next friends of their minor child, Jennifer Doe; JAMES and JULIE DOE, as the natural parents and next friends of their minor child, Jamie Doe; JACKIE DOE; and JESSICA DOE )
)
)
)
)
)
)
) No. 3-09-1099
v. )
)
THE CHEATHAM COUNTY BOARD OF EDUCATION; DIANE WILLIAMS, Interim Director of Schools for the Cheatham County Board of Education; MICHELLE COLLINS, Member, Cheatham County Board of Education; GREG HORTON, Member, Cheatham County Board of Education; TAMMIE LAVENDER, Member, Cheatham County Board of Education; DIANNE PROFFITT, Chair, Cheatham County Board of Education; CHRIS SPIEGL,[1] Member, Cheatham County Board of Education; TIM WILLIAMSON, Member, Cheatham County Board of Education; TIM RAY, Principal, Sycamore High School; and ROBIN NORRIS, Principal, Cheatham Middle School )
)
)
)
)
)
)
)
)
)
)
)
)
)
)

O R D E R

Counsel for the parties appeared at the initial case management conference scheduled on January 14, 2010,[2] at which time the following matters were addressed:

1.   The defendants were given until January 19, 2010, to file a response to the complaint.[3]

---

[1] Although this defendant's surname is spelled "Spiegl" in the style of the case, he is referred to in the body of the complaint and in the summons (Docket Entry No. 12) as Chris "Spigel."

[2] June Griffin, the movant for intervention, also appeared pro se.

[3] The defendants filed an answer on January 19, 2010 (Docket Entry No. 38).

2. The plaintiffs shall provide the names of the Doe plaintiffs to defendants' counsel, who shall not disclose the names to the defendants themselves.[4]

3. Based on discussions on January 14, 2010, the parties shall use the next 3-4 weeks to attempt to reach a resolution of this case.

4. The plaintiffs shall have until February 11, 2010, to file a motion for preliminary injunction.

Any response shall be filed by Sunday, March 28, 2010. Any reply, if necessary, shall be filed by April 2, 2010.

No other filings in support of or in opposition to the plaintiffs' anticipated motion for preliminary injunction shall be made except with the express permission of the Honorable Robert L. Echols.

5. Any depositions to be taken prior to the preliminary injunction hearing shall be scheduled the week of March 8, 2010, and shall be scheduled after school hours.

In consultation with Judge Echols' office a preliminary injunction hearing is scheduled on **Thursday, April 22, 2010, at 9:00 a.m.,** in Courtroom 874, U.S. Courthouse, 801 Broadway, Nashville, TN.

Depending upon whether there will be live testimony or only testimony by affidavit and deposition, the hearing could last one day, but, either way, will not last more than one day.

6. The putative intervenor shall have the opportunity to file a reply to the plaintiffs' response (Docket Entry No. 37) to the motion to intervene (Docket Entry No. 28). If the plaintiffs (or defendants) want to make any further filings, they shall notify the Court after service of the reply.

---

[4] Plaintiffs' counsel advised that they understood there had been some attempt on the part of the teachers to determine what students had filed this lawsuit and that such concern had already been relayed to defendants' counsel.

7. Entry of an initial case management order will be deferred until after the parties have had the opportunity to explore early settlement and until after a ruling on the plaintiffs' anticipated motion for preliminary injunction. Further proceedings will be scheduled after such a ruling.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

3

Case 3:09-cv-01099   Document 39   Filed 01/26/2010   Page 3 of 3