

## SWORN AFFIDAVIT

I, JUNE GRIFFIN, residing at 522 Crestview, Dayton, Tennessee, hereby swear that the following facts are true to the best of my knowledge and recollection.

1. In 1977, as Executrix of the Estate of Peggy Cook Cobb, my Mother, I sued the United States Government against their levying inheritance taxes on my Mother's Estate.

2. This suit followed a precedent-setting case, now encoded in the Tennessee law books as Peggy Cook vs. Newton A. Cobb, wherein extra money came into the Estate after my Mother's death. Initial taxes were paid on her estate but the extra inheritance from her deceased husband raised a question of liability for this increased amount, the IRS wishing to assess the Estate from the date of my Mother's death, instead of dating it from the date the Estate value was actually increased.

3. The Estate tax deduction at the time of her death was merely $60,000. As a residual effect of our lawsuit, the deduction reached $600,000 in 1984.

4. This was a pro se lawsuit executed by myself, argued through briefs and oral arguments in the United States, Sixth District Court and finally in United States Tax Court.

5. I give all glory to the God of our Fathers Who left us a goodly heritage in Him.

_June Griffin_
June Griffin

Personally appeared before me this the 27th day of January, 2010, the above-signed person with whom I am personally acquainted.

_Melody C. Giles_
Notary Public

My Commission Expires 3-24-12

[Notary Seal: MELODY C. GILES, STATE OF TENNESSEE NOTARY PUBLIC, RHEA COUNTY]