IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, as the natural parents and next friends of their minor child, Jennifer Doe; JAMES and JULIE DOE, as the natural parents and next friends of their minor child, Jamie Doe; JACKIE DOE; and JESSICA DOE<br><br>v.<br><br>THE CHEATHAM COUNTY BOARD OF EDUCATION; DIANE WILLIAMS, Interim Director of Schools for the Cheatham County Board of Education; MICHELLE COLLINS, Member, Cheatham County Board of Education; GREG HORTON, Member, Cheatham County Board of Education; TAMMIE LAVENDER, Member, Cheatham County Board of Education; DIANNE PROFFITT, Chair, Cheatham County Board of Education; CHRIS SPIEGL,[1] Member, Cheatham County Board of Education; TIM WILLIAMSON, Member, Cheatham County Board of Education; TIM RAY, Principal, Sycamore High School; and ROBIN NORRIS, Principal, Cheatham Middle School | No. 3-09-1099 |

O R D E R

On February 10, 2010, plaintiffs' counsel called the office of the undersigned to advise that the parties have been engaged in settlement discussions and he requested that the deadline for filing a motion for preliminary injunction, as provided in the order entered January 26, 2010 (Docket Entry No. 39), be extended to allow the parties to further pursue a resolution of this case.

The February 11, 2010, deadline for the plaintiffs to file a motion for preliminary injunction is extended to February 25, 2010.

---

[1] Although this defendant's surname is spelled "Spiegl" in the style of the case, he is referred to in the body of the complaint and in the summons (Docket Entry No. 12) as Chris "Spigel."

If the motion for preliminary injunction is filed by February 25, 2010, and the defendants need additional time to respond to such a motion, counsel shall file a motion to extend the briefing deadlines.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2